IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MICAH ANGEL                                                        PLAINTIFF

v.                          No. 3:16-cv-204-DPM

CRAIGHEAD COUNTY
SHERIFF'S DEPARTMENT                                               DEFENDANT

JUDGMENT

The complaint is dismissed without prejudice.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

5 October 2016